Argued December 20, affirmed December 20, 1972

## STATE OF OREGON, *Respondent, v.* ROY STEPHEN JOSEPH (No. C 71-07-2153 Cr), *Appellant.*

503 P2d 1258

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.